UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RAYMOND NEWKIRK, individually and
on behalf of all others similarly situated,

    Plaintiff,

v.

    CASE NO.: 8:17-cv-00630-RAL-AAS

JP MORGAN CHASE BANK, N.A.

    Defendant.
_____/

**NOTICE OF SETTLEMENT**

**PLAINTIFF,** RAYMOND NEWKIRK, by and through his undersigned counsel, hereby submits this Notice of Pending Settlement and states that Plaintiff, RAYMOND NEWKIRK, and Defendant, JP MORGAN CHASE BANK, N.A., have reached a settlement of Mr. Newkirk's claims on an individual basis, and the parties are presently drafting the settlement and dismissal documents. Upon finalization of same, the parties will file the appropriate dismissal documents with the Court.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that, on this 8th day of May, 2018, a true and correct copy of the foregoing was uploaded to the Court's CM/ECF system, which will serve an electronic copy on all parties of record.

        Respectfully submitted,

        */s/Geoffrey E. Parmer*
        Geoffrey E. Parmer, Esq.
        Florida Bar No. 0989258
        William "Billy" Peerce Howard, Esq.
        Florida Bar No. 0103330
        THE CONSUMER PROTECTION FIRM, PLLC
        4030 Henderson Blvd.
        Tampa, FL  33629
        Telephone: (813) 500-1500, Facsimile: (813) 435-2369
        Heather@TheConsumerProtectionFirm.com
        Billy@TheConsumerProtectionFirm.com
        *Attorney for Plaintiff*